THE PEOPLE OF THE STATE OF NEW YORK ex rel. LOUIS C. CONNOLLY, Appellant, *v.* THE BOARD OF EDUCATION OF THE CITY OF NEW YORK, Respondent.

*People ex rel. Connolly* v. *Bd. Education, New York City,* 114 App. Div. 1, affirmed.
(Submitted January 7, 1907; decided January 22, 1907.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered July 12, 1906, which reversed an order of Special Term granting a motion for a peremptory writ of mandamus to compel the reinstatement of the relator as auditor of the board of education of the city of New York.

*A. S. Gilbert* and *Thomas F. Gilroy, Jr.,* for appellant.

*William B. Ellison, Corporation Counsel (Theodore Connoly* and *John F. O'Brien* of counsel), for respondent.

Order affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., EDWARD T. BARTLETT, HAIGHT, VANN, WERNER, WILLARD BARTLETT and HISCOCK, JJ.